# RANDY SCOTT ZELIN P.C.

641 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022

WWW.RANDYZELINLAW.COM

RANDY ZELIN
rsz@rszpc.com

January 24, 2023

T 212.319.4000
F 212.656.1118

By ECF
Hon. Eric N. Vitaliano
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Macario, et al.
                Criminal Docket no. 22-356 (ENV)

Dear Judge Vitaliano:

      Stephen LaMagna and I represent Joseph Rutigliano. I write concerning our upcoming status conference on January 27, 2023 at noon. I respectfully request leave to appear telephonically for Mr. Rutigliano rather than appearing personally.

      The reason for this request is that I teach every Friday at Cornell Law School from 11:15 am to 1:15 pm. I leave for Ithaca Thursday evening and I return Friday evening. This Friday is my first class of the semester. Mr. LaMagna is actually engaged this Friday in a pretrial hearing.

      I would appreciate the opportunity to appear by telephone. And if the Court has no objection, perhaps I could allow my students to listen in on the conference? I teach federal criminal practice in the courtroom, so it would be a great opportunity for the students.

      Thank you for your consideration.

                                            Respectfully submitted,

                                            */s/ Randy Zelin*

cc:    all counsel by ECF